**Freddie Lee IRICK, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 05–6402.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2005.

Decided: Sept. 6, 2005.

Freddie Lee Irick, Appellant Pro Se. Cameron Glenn Chandler, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Freddie Lee Irick appeals the district court's order denying relief on his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Irick v. United States*, No. CA–97–567–5 (D.S.C. filed Feb. 25, 2005 & entered Feb. 28, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*